IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>PAEZ, ERNEST L<br>PAEZ, MONICA M.,<br><br>　　　　　　Debtors. | Case No. 09-35233<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

  Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Tri-County Ambulance Service<br>PO Box 108<br>Nappanee, IN 46550 | $112.57 |

Dated: November 4, 2011   Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email: jshtrustee@jonesobenchain.com

1
NOTICE OF UNCLAIMED FUNDS

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Tyler J. Bellin<br>tjb@legalhelpers.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

    /s/ Jacqueline Sells Homann
Jacqueline Sells Homann